IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT J. ILMONEN, | § | |
| | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:07-CV-0559-D |
| VS. | § | |
| | § | |
| STATE OF TEXAS, et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER**

After making an independent review of the pleadings, files, and records in this case, the April 2, 2007 findings, conclusions, and recommendation of the magistrate judge, and the June 12, 2007 supplemental findings, conclusions, and recommendation of the magistrate judge, the court concludes that the supplemental findings and conclusions are correct. It is therefore ordered that the supplemental findings, conclusions, and recommendation of the magistrate judge are adopted. The emergency motion for a temporary restraining order is denied, and this case is dismissed without prejudice for want of jurisdiction, by judgment filed today.

**SO ORDERED**.

July 23, 2007.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE